UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALOMAR MEDICAL CENTER, ) | Case No. 10-cv-1252-BEN-NLS |
| ) | |
| Plaintiff, ) | **ORDER FOLLOWING STATUS** |
| ) | **CONFERENCE AND SETTING** |
| ) | **FURTHER TELEPHONIC STATUS** |
| vs. ) | **CONFERENCE AND CASE** |
| ) | **MANAGEMENT CONFERENCE ON** |
| ) | **MARCH 18, 2011** |
| UNITED STATES DEPARTMENT OF ) | |
| HEALTH AND HUMAN SERVICES, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |

On February 2, 2011, the court conducted a telephonic status conference with all counsel regarding the progress of Defendant's production of records and the *Vaughn*[1] Index from the various organizations within the U.S. Department of Health and Human Services ("HHS") that have documents responsive to Plaintiff's FOIA request. AUSA Katherine Parker reported that HHS can complete its

---

[1] See *Vaughn v. Rosen*, 484 F.2d 820 (D.C. Cir. 1973).

document production from all HHS repositories and provide a *Vaughn* Index to Plaintiff by February 28, 2011.  HHS has waived the expense of the production and review.  Once the document production is complete and the *Vaughn* Index provided, the remaining issues in this FOIA case are whether the agency conducted a thorough review and appropriately withheld exempt documents.

Having conferred with counsel, and good cause appearing, the court now sets a deadline of February 28, 2011, for Defendant to complete its document production from all repositories within HHS and provide its *Vaughn* index to Plaintiff.  Additionally, the court sets a further telephonic status conference and case management conference with counsel for March 18, 2011 at 10:00 a.m. to set all remaining pretrial deadlines in the case.  Plaintiff's counsel shall initiate the conference call with the court.

**IS SO ORDERED.**

DATED:   February 2, 2011

_____
Hon. Nita L. Stormes
U.S. Magistrate Judge
United States District Court